United States District Court
District of Rhode Island

CA 07 231

Petition for Writ of
Habeas Corpus.

Now comes the petitioner William F. Englehart. Who states and Avers,

1/ That the State of Massachusetts Violated the "Interstate Agreement on detainers Act" (I.A.D.A). 18, U.S.C.A, §(2) Art (1) § 10, Clause 3.

Meggard. V. Gammon.
197, F. Supp. 2D 1321.

2 The State of Massachusetts sent the petitioner to the state of R.I. Without his signature of Consent or any request by him, for disposition of the R.I. Charges.

U.S. V. LUALEMAGA, 280 F3D 1260.

3/ And therefore relinquished All Claim to the petitioners return to Massa-chusetts, by surrendering all Custody of the petitioner, - by releasing him

(2)

Habeas Corpus.

3) to the State of Rhode Island, in Violation of the I.A.D.A. Rules passed by Congress and signed onto by all the States.

4) The Rhode Island Charges were dismissed On May 2nd; 07 Case # P.2. 1980-0052(A)

The Historical facts of I.A.D.A. are such. That a detainer is only a request by a State Justice System, TO The institution in Which the prisoner is housed, To hold that prisoner, and notify the agency when release is imminent.

U.S. v. Ellerbe 372 F.3d 462.

A prisoners right under 18, USCA, (I.A.D.A) to request final disposition of detainers charges requires the prisoner to request that finalization, upon the necessary (I.A.D.A) forms by signature 18 U.S.C.A. §(2) Art III(B)

Prayer for relief

The petitioner, is being held for the

State of Massachusetts by Rhode Island Authorities, the petitioners claims of Violations of the I.A.D.A. requires a hearing in the nature of Evidentiary to resolve this matter.
And if the petitioner is found to be correct, to be released from unlawful or Illegal Confinement by this Court.

Respectfully

William F. Englehart. Pro.se.
ID. 133854
P.O. Box 8249.
Cranston R.I 02920