Federal District Court
District of providence

Paupers Oath CA 07 231

~~Clerk~~

I William F. Englehart a prisoner Awaiting Transportation back to Massachusetts at Rhode Island's ACI ISC Section. Swear, that I own no property have no Bank accounts, and Survive on gratuities from family members, is a pauper!

And That the filing of this enclosed petition for a Writ of "Habeas Corpus." Under the Constitution of the United States Guarantees such a status, the Right to be heard, without Costs; on his Claim.

Signed Under the pains and penalties of perjury.

dated June 10, 2007.

William F. Englehart, pro se,
P.O. Box 8249
Cranston R.I 02920