UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

William Englehart

v. CA:07-231S

State of Rhode Island, et al

**O R D E R**

The Government is hereby ordered to file its response to the Plaintiff's "Petition under 28 USC 2241 for Writ of Habeas Corpus by a Person in Federal Custody." Said response will be filed on or before July 16, 2007.

BY ORDER

Colleen Baldwell
DEPUTY CLERK

ENTER:

WESmith
WILLIAM E. SMITH
United States District Judge

DATE: 6/26/07