**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

William Englehart

v. CA:07-231S

State of Rhode Island, et al

**O R D E R**

The Attorney General's Office is hereby ordered to file its response to the Plaintiff's "Petition under 28 USC 2241 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before July 23, 2007.

BY ORDER

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
United States District Judge

DATE: 7/6/07