# Criminal Docket Sheet Report



**Case ID:** P2-1980-0052A **Description:** WILLIAM F ENGLEHART
**Filing Date:** 05-NOV-1979
**Original Case ID:** 00100D44067

**Defendant Name:** WILLIAM F ENGLEHART
**BCI#:** 00108998 **Date of Birth:** 01-JUL-1940
**Address:** 00767DOUGLAS AVE

PROVIDENCE RI

**Police Dept:** RHODE ISLAND STATE POLICE
LINCOLN BARRACKS
**Incarcerated:**

## Charge Information

**Count:** 1 28401C1A **POSS SCH I - V CNTRL SUBSTANCE.**
**Offense Date:** 15-AUG-1979
**Charge Text:**
**Disposition:** DISMISSED 48A

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|
| 16-JAN-1980 | 7940 | **WARRANT ISSUED** | JUDGE RODGERS |
| 02-MAY-2007 | 7940 | WARRANT CANCELLED | MAGISTRATE HARWOOD |

## No Contact Orders

## Bail Information

### Bail Posted

| Bail | Payor | Amount |
|---|---|---|

### Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 02-MAY-2007 | INTERSTATE DETAINER | P | HARWOOD, MAGISTRATE |
| 02-MAY-2007 | WARRANT CANCELLATION | P | HARWOOD, MAGISTRATE |

## Events

| Date | Event | Judge |
|---|---|---|
| 16-JAN-1980 | **FILING**<br>EVENT ACTION COMPLETED | |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

# Criminal Docket Sheet Report

P2-1980-0052A

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 05-NOV-1979 | CASE INITIATION | |
| 16-JAN-1980 | WARRANT ISSUED | |
| 16-JAN-1980 | EVENT ACTION | COMPLETED |
| 16-JAN-1980 | WARRANT/CLERK | L.TOPAZIO |
| 16-JAN-1980 | WARRANT COURT/CASE/DATE | Warrant: 7940; Case: P2800052A; Issue Date: 16-JAN-80 |
| 05-MAR-2007 | FILE REC'D FROM RECORD CENTER | |
| 26-MAR-2007 | LETTER FILED | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 28-MAR-2007 | FILE TRANSFERRED RECORD CENTER | |
| 02-MAY-2007 | WARRANT CANCELLATION EVENT | |
| 02-MAY-2007 | ARRAIGNMENT EVENT | |
| 02-MAY-2007 | DEFT ARRGN & PLEADS NOT GUILTY | |
| 02-MAY-2007 | MOTION TO DISMISS CASE | granted - Harwood, M |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 02-MAY-2007 | 48A DISMISSAL FILED | |
| | **Affiliated Party:** STATE OF RHODE ISLAND | |
| 02-MAY-2007 | DISPOSED AT ARRAIGNMENT | |
| 02-MAY-2007 | WARRANT CANCELLED | Warrant ID: 7940 Quashed by User: ELUPO |