UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| William Englehart | ) | |
| v. | ) | C.A. No. 07-231S |
| State of Rhode Island, et al | ) | |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 2, 2007, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's "Pauper's Oath" requesting Motion for Leave to Proceed in Forma Pauperis (IFP) is DENIED without prejudice to renewal if Plaintiff presents this Court with the requested financial information.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/20/07