UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

William Englehart
Plaintiff

V. CA 07-231S

State of Rhode Island, et al
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 15, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). No objection having been filed, State of Rhode Island's Motion to Dismiss is GRANTED and Petitioner's Petition for Writ of Habeas Corpus is DISMISSED.

BY ORDER:

Karen Baldwell

DEPUTY CLERK

ENTER:

WESmith

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 8/31/07