**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**William Englehart**
**Plaintiff**

**V.** **Case Number: C.A. NO. 07-231S**

**State of Rhode Island, et al**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, State of Rhode Island against the Plaintiff, William Englehart pursuant to the Court's Order dated August 31, 2007, adopting the Magistrate's Report and Recommendation dated August 15, 2007, granting defendant's Motion to Dismiss and dismissing Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. 2241.**

**BY ORDER:**

**September 5, 2007**
**Date**

**Deputy Clerk**